**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-2239**

_____

STARSHA SEWELL,

                    Plaintiff – Appellant,

          v.

THOMAS  P.  DORE,  Substitute  Trustee;  MARK  S.  DEVAN,
Substitute  Trustee;  SHANNON  MENAPACE,  Substitute  Trustee;
KRISTEN  K.  HASKINS,  Substitute  Trustee;  GERARD  FRANCIS
MILES, JR.; E. GLOTH, Substitute Trustee,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland,  at  Greenbelt.    Alexander  Williams,  Jr.,  District
Judge. (8:12-cv-02889-AW)

_____

Submitted: February 24, 2014        Decided:  March 12, 2014

_____

Before MOTZ, DUNCAN, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Starsha  Sewell,  Appellant  Pro  Se.  Brandon  Matthew  Kilberg,
COVAHEY, BOOZER, DEVAN & DORE, PA, Hunt Valley, Maryland; Gerard
Francis  Miles,  HUESMAN,  JONES  &  MILES,  LLC,  Hunt  Valley,
Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Starsha Sewell appeals the district court's order denying her Fed. R. Civ. P. 60(b) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sewell v. Dore, No. 8:12-cv-02889-AW (D. Md. Oct. 1, 2013). We grant leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED